No. 04-99-00067-CV



John TURNER and Bexar County,


Appellants



v.



Arthur WARREN,


Appellee



From the County Court at Law No. 5, Bexar County, Texas


Trial Court No. 232847


Honorable Ray Adams, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice


Delivered and Filed: June 16, 1999


DISMISSED


 Appellants have filed a motion to withdraw this appeal. The motion contains a certificate of
service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the
appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against appellants.


 PER CURIAM

DO NOT PUBLISH